UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS<br>X, LLC and CROWLEY GLOBAL<br>SHIP MANAGEMENT, INC.<br><br>    Plaintiffs<br><br>V.<br><br>A.P. MOLLER-MAERSK A/S d/b/a<br>MAERSK LINE<br>    *in personam*<br><br>and<br><br>M/V MAERSK GIRONDE<br>    *in rem*<br><br>    Defendants | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.:<br><br><br><br><br><br><br>**ADMIRALTY**<br><br><br><br><br><br>Pursuant to Rule 9(h) of the<br>Federal Rules of Civil Procedure |

## VERIFIED COMPLAINT FOR DAMAGES

The plaintiffs, American Petroleum Tankers X, LLC ("APTX") and Crowley Global Ship Management, Inc. ("CGSM"), through undersigned counsel, respectfully represent as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has jurisdiction over this action pursuant to the Admiralty Extension Act, 46 U.S.C. § 30101, 28 U.S.C. § 1333, and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2.

Jurisdiction and venue are proper in this Court, as the incident giving rise to this litigation occurred on the Mississippi River near Point Celeste, Louisiana, and the defendant vessel M/V MAERSK GIRONDE will be within this District during the pendency of this litigation.

.

3.

APTX and CGSM are the owner and owner *pro hac vice*, respectively, of the M/T AMERICAN LIBERTY. APTX is a limited liability company organized under the laws of the State of Delaware. CGSM is a corporation organized under the laws of the State of Delaware.

4.

A.P. Moller Maersk A/S d/b/a Maersk Line ("Maersk"), made a defendant herein, is a foreign corporation duly organized and operating pursuant to foreign law. Upon information and belief, at all material times, Maersk was and is the owner, owner *pro hac vice*, operator, manager, and/or charterer of the MAERSK GIRONDE, an oceangoing cargo ship bearing IMO No. 9235555 and sailing under the flag of Singapore.

5.

On or about February 3, 2019, the AMERICAN LIBERTY was moored along the left descending bank of the Mississippi River near Point Celeste, Louisiana, when it sustained damage to its anchor systems and other machinery due to the excessive wake generated by the MAERSK GIRONDE as it navigated pass the AMERICAN LIBERTY at a speed of over twenty knots (the "Incident"). This speed was nearly double that of the other marine traffic that passed the AMERICAN LIBERTY on that day, and was incredibly dangerous given the then prevailing high river conditions.

6.

As a result of the Incident, APTX and CGSM have suffered significant physical and economic damages directly and proximately caused by the negligence of the MAERSK GIRONDE while it was under the control and direction of Maersk. The approximate damages to APTX and

CGSM associated with the Incident, as best as can currently be calculated, total in excess of Forty-Five Thousand Three Hundred Six and 17/100 United States Dollars (U.S.$45,306.17), plus interest, costs, and any other damages proven at trial. Further, APTX and CGSM specifically reserve their rights to amend and/or supplement this Verified Complaint for Damages as discovery proceeds, including the approximate calculation of damages.

WHEREFORE, the plaintiffs, American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc., pray as follows:

1. the defendants, A.P. Moller Maersk A/S d/b/a Maersk Line, *in personam*, and the MAERSK GIRONDE, *in rem*, be duly served with certified copies of this Verified Complaint for Damages;

2. All persons/entities claiming any right, title, or interest in the MAERSK GIRONDE, her engines, boilers, tackle, appurtenances, etc., be summoned to appear, file their claim, as owner(s), and to answer under oath all, singular and plural, the matters aforesaid, and that after due proceedings, said vessel be condemned and sold to pay the demands, with interest, costs, and disbursements;

3. That the Court recognize maritime liens against the MAERSK GIRONDE in favor of American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc. due to the damages caused to the AMERICAN LIBERTY;

4. That a warrant of arrest be issued, calling for the MAERSK GIRONDE to be seized to satisfy the plaintiffs' claims; and

5. That Judgment be entered in favor of American Petroleum Tankers X, LLC and Crowley Global Ship Management, Inc., and against A.P. Moller Maersk A/S d/b/a Maersk Line, *in personam*, and the MAERSK GIRONDE, *in rem,* in an amount not

less than Forty-Five Thousand Three Hundred Six and 17/100 United States Dollars (U.S.$45,306.17), together with interest, all costs of this proceeding, and all other general and equitable relief that the Court deems proper, and that this Judgment be recognized as a priority claim based upon the Federal Maritime Lien Act so that it is paid in preference and priority to all other claims of liens, including any ship mortgage(s).

                Respectfully submitted,

*/s/ Emmitt L. DuBose III*
FREDERICK W. SWAIM III (#28242)
EMMITT L. DUBOSE (#35113)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
fswaim@gallowaylawfirm.com
tdubose@gallowaylawfirm.com
Counsel for **American Petroleum Tankers X, LLC** and **Crowley Global Ship Management, Inc.**